HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

SEP 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ ℰѴ_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

MICKEY LYNN SHOOK,

Parolee.

Case No. 1:86-cr-00213-LJO-2

**APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL**

**(Parole Revocation)**

Parolee, Mickey Shook, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Through United States Probation Officer Nicole Wright, Mr. Shook has requested appointment of counsel to represent him at his preliminary interview and hearing.

Attached is Mr. Shook's financial statement (Doc. 5). Upon review of same, it is respectfully recommended that counsel be appointed to assist him in this regard.

Dated: September 5, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that parolee, Mickey Lynn Shook, is unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 10, 2019

/s/ Barbara A. McAuliffe
HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE