IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: MICKEY SHOOK, | ) | Case №: 1:86-CR-00213-2-DAD |
| Parolee, | ) ) ) ) ) ) ) ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |

The above named Parolee has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Carolyn Phillips be appointed to represent the above parolee in this case effective *nunc pro tunc* to March 16, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**March 19, 2020**__         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE