HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Case No. 1:86-cr-00213-LJO-2 |
| ) | |
| MICKEY LYNN SHOOK, ) | **APPLICATION AND ORDER** |
| ) | **APPOINTING COUNSEL** |
| Parolee, ) | |
| ) | |
| ) | **(Parole Revocation)** |
| ) | |
| ) | |

Parolee, Mickey Lynn Shook, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Shook was arrested on an alleged parole violation on July 21, 2021 and has been in the custody of the U.S. Marshals at Fresno County Jail since that time. Our office was not notified of the arrest. On November 17, 2021, our office received notification from Mr. Shook regarding his pending parole violation and his need for counsel. Mr. Shook submits the attached financial affidavit as evidence of his inability to retain counsel. It is respectfully recommended that CJA panel counsel John Garland be promptly appointed *nunc pro tunc* as of November 18, 2021 to represent him in resolving his pending parole violation petition.

DATED: November 19, 2021       */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel John Garland *nunc pro tunc* as of November 18, 2021 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 22, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE