HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MICKEY LYNN SHOOK,<br><br>   Parolee, | Case No. 1:86-cr-00213-LJO-2<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL**<br><br>**(Parole Revocation)** |

Parolee, Mickey Lynn Shook, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Through United States Probation Officer Julie R. Martin, Mr. Shook has requested appointment of counsel to represent him at his preliminary interview and hearing.

Mr. Shook submits the attached financial statement as evidence of his inability to retain counsel. It is respectfully recommended that CJA panel counsel John F. Garland be promptly appointed *nunc pro tunc* as of December 6, 2023, to assist in advance.

DATED: December 8, 2023        */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Branch Chief, Fresno Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel John F. Garland *nunc pro tunc* as of December 6, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __December 8, 2023__          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE